SCWC-15-0000434

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

COLLEEN P. COLLINS, nka COLLEEN P. OTANI,
Petitioner/Plaintiff-Appellee/Cross-Appellant,

vs.

JOHN A. WASSELL,
Respondent/Defendant-Appellant/Cross-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000434; FC-D NO. 07-1-0206)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellee/Cross-Appellant Colleen P. Collins' Application for Writ of Certiorari, filed on July 1, 2019, is hereby rejected.

DATED: Honolulu, Hawaiʻi, August 2, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

